*F. E. Doyle,* for plaintiff. *Ira G. Hersey and Charles P. Barnes,* for defendant.

---

HOMER F. TASKER *vs.* ROSCOE W. AREY.

Penobscot County. Decided February 16, 1916. Action of trespass brought under section 10, chapter 222, Public Laws, 1909, to recover for damages done to property of plaintiff by dog belonging to defendant. The plaintiff, in substance, claimed that while he was driving along the public highway, the dog of defendant jumped in front of the plaintiff's car, striking the wheel and causing it to be overturned. Verdict for plaintiff. General motion for new trial filed. Motion overruled. *U. G. Mudgett,* for plaintiff. *R. W. Blanchard,* for defendant.